# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **04-50875** |
| **DAVID G HOLIBAUGH** | ) | |
| | ) | MARILYN SHEA-STONUM |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **IPR BUILDERS AND REMODLERS, INC.**
   **Check No. 758132**
   **Claim #010**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$10.64** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Ck # 768398*
*receipt # 82001*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**DAVID G HOLIBAUGH**
**6256 GULF STREAM COURT**
**WEST CHESTER, OH 45069**
(Via Regular Mail)


**HOWARD E MENTZER (via ECF)**

**IPR BUILDERS AND REMODLERS, INC.**
**C/O L. TERRENCE UFHOLZ**
**304 N. CLEVE-MASSILLON ROAD**
**AKRON, OH 44333**
(via Regular Mail)

Date of Service: **12/13/2010**      By: **JoAnn Romig**
                                    Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com